McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

OCT 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08-SW 464 KJM |
| Plaintiff, ) | APPLICATION FOR UNSEALING ORDER; AND ORDER |
| v. ) | |
| NANCY LAST NAME UNKNOWN, ) | |
| Defendant. ) | |

On October 27, 2008, a search warrant was filed, under seal, in the above-referenced case. Since the search warrant has been executed, it is no longer necessary for the Search Warrant, Application, Affidavit and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008              McGREGOR W. SCOTT
                                     United States Attorney

                                     By /s/ Robin R. Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney

1 | Unsealing Application & Order
2 | Page 2

3 |                                    **ORDER**

4 | SO ORDERED:

5 | DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate